UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | CAUSE NO. 3:10-CR-102(01) RM |
| | ) | |
| MICHAEL L. KELLYBREW | ) | |

ORDER

No objections have been filed to the magistrate judge's findings and recommendations upon a plea of guilty issued on September 22, 2010. Accordingly, the court ADOPTS those findings and recommendations [docket # 20], ACCEPTS defendant Michael Kellybrew's plea of guilty, and FINDS the defendant guilty of Count 2 of the Indictment, in violation of 18 U.S.C. §§ 922(g)(3) and 924(a)(2).

SO ORDERED.

ENTERED: October 15, 2010

/s/ Robert L. Miller, Jr.
Judge
United States District Court